MT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

RECEIVED

FRIDAY
AUG 26, 2016

ANTHONY P. JOHNSON

SEP 02 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

HONORABLE
JUDGE JOHN J. THARP JR.
MAGISTRATE JUDGE JEFFREY COLE

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

- COOK COUNTY SHERIFF TOM DART
- COOK COUNTY JAIL DIVISION 6 SUPERINTENDENT MR. JULIAN
- COOK COUNTY DEPUTY Div 6 · SHERIFF MR. LARA

Case No: 16 CV 8273
(To be supplied by the Clerk of this Court)

AMENDED COMPLAINT

- COOK COUNTY DEPUTY Div 6 SHERIFF SGT. GRADOWSKI

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

___ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

___ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A. Name: Anthony P. Johnson

   B. List all aliases: _____

   C. Prisoner identification number: 20151217030

   D. Place of present confinement: Cook County Jail

   E. Address: P.O. Box 089002 Chicago, IL 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: Cook County Deputy Sheriff Mr. Lara

   Title: Deputy Sheriff - Cook County Dept. of Corrections

   Place of Employment: Cook County Jail Div 6  2627 S. Sacramento Chicago, IL 60608

   B. Defendant: Tom Dart

   Title: Cook County Sheriff - Cook County Dept of Corrections

   Place of Employment: Daley Center Rm 704  50 W Washington Chicago, IL 60602

   C. Defendant: Mr. Julian

   Title: CCJ Division 6 Superintendent Cook County Jail

   Place of Employment: Cook County Dept of Corrections  2627 S. Sacramento Chicago, IL 60608

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

II. Defendant(s): Cont

D. Defendant: Cook County Deputy Sheriff Sgt. Gradowski 11-7

Title: Deputy Sheriff Sargent - Cook County Dept. of Corrections

Place of Employment: Cook County Jail Div 6    2627 S. Sacremento Chicago, IL 60608

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: Anthony P. Johnson v Dart Et, AL #09 CV 2545; Johnson v Cook County ILL #13 CV 7273; Anthony P. Johnson v Tom Dart Et et al 16 CV 7523; Anthony P. Johnson v Sheriff Tom Dart 16 CV 8273

B. Approximate date of filing lawsuit: ① 09 CV 2545 = 2008 / ② 13 CV 7573 = 2012 / ③ 16 CV 7523 = 2016 / ④ 16 CV 8273 = 2016

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: NONE

D. List all defendants: Cook County Sheriff Tom Dart, Deupty Sheriffs, Officers, Nurses, Paramedics and Staff CRW = Social Workers

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): 7th District Federal Court

F. Name of judge to whom case was assigned: 09 CV 2545 = Judge Manning, Magistrate Judge Cox; 13 CV 7273 ?; 16 CV 7523 and 16 CV 8273 = Judge John J. Tharp Jr + Magistrate Judge Cole

G. Basic claim made: Unsanitary Conditions of Confinement / Cruel and Unusual Punishment Denial?; 09 CV 2545 - I contracted scabies in CCJ / 13 CV 7273 many Civil Rights Violations 16 CV 7523 - I contracted ① MRSA staph infection ② Scabies ③ Body lice in CCJ 16 CV 8273 - CCDOC failure to protect me from IDOC prisoner Assault

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): 09 CV 2545 - settled, 13 CV 7273 - dismissed, 16 CV 7523 - still pending; 16 CV 8273 still pending

I. Approximate date of disposition: ① 09 CV 2545 - 20107 / ② 13 CV 7273 - 2014 / ③ 16 CV 7523 - still pending / ④ 16 CV 8273 still pending

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

4

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

DEFENDANTS IN THEIR OFFICIAL AND INDIVIDUAL CAPACITIES, Cook County DEFENDANTS, SHERIFF TOM DART AND DIV 6 SUPERINTENDENT JULIAN HAVE A POLICY PRACTICE AND CUSTOM OF IGNORING, TURNING A BLIND EYE, AND BEING DELIBERATELY INDIFFERENT TO PRE-TRIAL DETAINEE ON PRE-TRIAL DETAINEE ASSAULTS AND ATTACKS. DEFENDANTS COOK COUNTY DEPUTY SHERIFF SGT. GRADOWSKI AND DEPUTY SHERIFF MR. LARA, SHERIFF DARTS SUBORDINATE OFFICERS, his superiors in CONTINUES TO FOLLOW THE UNCONSTITUTIONAL POLICY, UNWRITTEN, EGREGIOUS INFORMAL POLICY AND CUSTOM OF IGNORING AND BEING GROSSLY DELIBERATELY INDIFFERENT TO PRE-TRIAL DETAINEE ON DETAINEE ASSAULTS. ALL DEFENDANTS VIOLATED MY 8TH AMENDMENT OF CRUEL AND UNUSUAL PUNISHMENT RIGHTS UNDER THE COLOR OF STATE LAW, SHERIFF DART IN THEIR OFFICIAL AND INDIVIDUAL CAPACITIES. AND DIV 6 SUPERINTENDENT JULIAN MISMANAGE THEIR SUBORDINATES RESPONCES TO DETAINEE ON DETAINEE ASSAULTS, ARE GROSSLY NEGLIGENT AND ALLOWED THEIR UNCONSTITUTIONAL POLICY PRACTICE AND CUSTOM TO CONTINUE AND ESCALATE TO IDOC ILLINOIS DEPARTMENT OF CORRECTIONS PRISONER ON PRE-TRIAL DETAINEE DIV 6 ASSAULTS WHICH HAPPENED TO ME, WHEN IDOC CONVICTED PRISONER CHRISTOPHER BEASLEY CCDOC #2016 0110090 WAS GOING ON AN IDOC SHIPMENT TO PRISON ON TUESDAY MORNING 4:35AM ON AUG 2, 2016, AND ALL DEFENDANTS ARE TRYING TO COVER THIS INCIDENT UP LIKE IT NEVER HAPPENED. ALTHOUGH A PREVIOUS FECES ASSAULT HAPPENED IN DIV 6 TIER 1A.

(5) Revised 9/2007

All Defendants knew in advance of this attacks and assaults on us pre-trial detainees when the U.S. Department of Justice bought it to their attention in their U.S. Dept of Justice Investigative Report in 2008. The Defendants agreed to remedy, take action and fix and set up policies that help guide subordinates conduct to prevent detainee on detainee assaults + attacks which is a constitutional right violation especially when the Cook County Sheriffs are to protect pre-trial detainees personal health + safety. The Defendants agreed and in the May 2010 agreed order with the U.S. Department of Justice, agreed to stop immediately this constitutional violation and security deficiency and install camera video throughout Cook County Jail to protect, monitor and keep safe all pre-trial detainees being held in all divisions in Cook County Jail. Defendants were also made aware by the United States v Cook County 10c 2946 Litigation. Despite all the U.S. Governments intervention and warnings Defendants continued to negligently allow detainee on detainee assaults and attacks including Defendant Div 6 Superintendant Mr. Julian who knowingly and negligently allowed unmonitered violent convicted IDOC prisoners intermingling access to pre-trial detainees while being shipped to the penitentiary from CCJ after they got their conviction sentence. Which resulted in the nasty horrendous assault against my personal health + safety. And violating my 14th and my 8th Amendment Rights because I was assaulted by a pre-trial Div 6 detainee turned IDOC prisoner and Deputy Sheriff Lara failed to protect me from him. I have a right to be free

6

Revised 9/2007

from assault by jail guards and other prisoners/detainees while in CCJ Div 6. ** This assault on me is caught on Tier 2A Cook County Jail surveillance camera. ** On Tue August 2, 2016 at 4:35am CCDOC Tier 2A officer Mr. Lara 11-7a Div 6 let an unescorted detainee turned IDOC convicted prisoner on shipment to prison out his cell: Christopher Beasley 20160110090 • Judge Ginex • Maywood, IL; to roam the 2A unmonitored Div 6 Westcare pre-trial detainee drug treatment unit in the early AM hours to throw and splash his raw liquid and solid human feces, urine and blood on me a pre-trial detainee. He splashed the toxic fecal human waste mixture in my face, eyes, open mouth, nose, ears and on my body and clothes, after tricking me to come up to the large 4x15 rectangle open slot in the cell 07 door. Cellmate Peter Hoffer 20160202029 witnessed grievance # 2016-6676 this. Prisoner Beasley then went on to cell 03 and threw the mixture of feces, urine and blood on detainee Lashawn Powell. ** View Tier 2A video footage 8/2/16 4:35am. C/O Mr. Lara did not escort and monitor Prisoner Beasley. He let him roam around the 2A Div 6 tier at 4:35am with the lights off and very dim while officer Mr. Lara was being irresponsible and lax while supposedly observing the 9 camera monitors in the officers control booth display. Prisoner Beasley was no longer a pre-trial detainee and C/O Mr. Lara was aware of this, he let Prisoner Beasley out of his cell to go on shipment to the Illinois Department of Corrections to serve his sentence in state prison. C/O Mr. Lara exposed me to danger of my personal health and safety and well being and an unsafe environment by letting this prisoner throw his own feces, urine and blood on me through the "chuck hole" in the cell door. C/O Lara was not concerned about my safety+well being or protecting me while in the camera control monitoring booth on tier 2A. I hollard frantically to C/O Lara to stop Prisoner Beasley as he was running to C/O Lara, and to stop C/O Lara from taking Prisoner Beasley

7

OFF THE TIER, CAUSE I WAS ATTACKED AND ASSAULTED. C/O LARA IGNORED MY CALLS TO HIM. HE TOOK PRISONER BEASLEY DOWN TO AN IDOC SHIPMENT OFFICER STAR #17732. IN DIV 6. HOLDING ANYWAY. WHEN C/O LARA CAME BACK HE LET DETAINEE POWELL OUT HIS CELL 03 FIRST, TO TAKE A SHOWER AND CLEAN HIS CELL. C/O LARA THEN TOLD ME "I CAN'T COME OUT, ONE CELL AT A TIME". AND LEFT ME, HORRIFIED IN CELL 07 DRENCHED AND SOAKED WITH HUMAN FECES, URINE AND BLOOD, LOCKED IN CELL ALONG WITH CELLMATE MR. HOFFER. I ANGRILY PROTESTED ABOUT THIS 8TH AMENDMENT VIOLATION OF CRUEL AND UNUSUAL PUNISHMENT I WAS RECEIVING AT THE HANDS AND IN THE CARE OF OFFICER MR. LARA. COMPOUNDED BY THE FACT THAT WHEN CELL 07 WAS OPENED, WE GOT NO FRESH WATER, IN THE MOP BUCKET, NO DISINFECT AND NO BLEACH. WE WERE INSTRUCTED TO USE THE SAME CONTAMINATED FECES FLOATING IN WATER AND URINE MIXED BUCKET WATER THAT WAS USED TO CLEAN CELL 03, AND THE SAME DIRTY FILTHY STINKY NASTY FECES AND URINE SOAKED UP MOP HEAD TO MOP UP CELL 07 THE ONE I AM IN. AND THE FLOOR AND WALLS WERE STILL WET WITH THE CONTAMINATED WATER. I WAS TOLD TO TAKE A QUICK SHOWER, I WAS TOLD TO CHANGE INTO SOME DINGY UNIFORMS C/O LARA GOT, AND TOLD TO LOCK BACK UP IN THE FECES AND URINE CONTAMINATED UN-SANITARY CELL. RELUNCTANTLY WE COMPLIED, WHILE COMPLAINING. A FEW MOMENTS LATER C/O LARA OPENED CELL 07 AND SAID WE ARE GOING TO CERMAK HOSPITAL PER SGT. GRADOWSKI 11-7 BUT WE NEVER WENT, ONLY TO DIVISION 6 DISPENSARY. I WAS GIVEN SOME SHAMPOO BY NURSE MR. OMEKE, AND SENT BACK TO LOCK UP IN THE FECES AND URINE SMELLY, STINKY NASTY DIRTY UNSANITARY CONTAMINATED CELL 07 TOLD TO LOCK UP. RETURNING TO CELL 07 I SAW PRISONER BEASLEY HAD DROPPED HIS PAPERS RUNNING AWAY WITH PHONE NUMBERS ON IT. ① GRAND MA 630 478 9051 ② KIM 678.933.9014 AND A NO NAME NUMBER 312 288 9864.

I CALLED MY FAMILY AND INFORMED THEM. I CALLED THE CIID

8

Correctional Informational and Investigation Division Number per the CCDOC Inmate Handbook Chapter 2 pg. 3-4 ext 111 **Exhibit 1** from the Div 6 Tier 2A Detainee phone. For inmate on inmate complaints. I left a detailed voicemail message after female voice instruction recording, as instructed. To date I have gotten no responce, no action has been taken, no hazmat clean up crew with the space suits on, no hazmat visit or cell sanitation, No help filing Assault charges, No hospital visit or treatment. I file 3 grievances **Exhibit 2** ① CCDOC Security Officer failed to protect me #2016×6615 ②. Human feces, urine, blood splashed in my face I need to be taken to outside hospital for treatment & Bloodwork ③ I want to press Assault charges on Christopher Beasley #2016 0110090

This incident is physically, emotionally, mentally, and psychologically damaging to me. My skin, burns, smells like Doo Doo, sensative to the touch, reddish in color, my mind, I can't sleep, nausiated, insomnia, night mares, extremely depressed, have mental flash backs of incident, my eyes burn and are irritated, bloodshot and puffy. My eyeball and tear ducts exposed to liquid human waste, urine and blood. My nose, nostrals irritated, feces stuck on my nose hairs, I still smell the human waste. When I injested the feces, urine and blood in my mouth It exposed my bleeding gums to it. A nasty taste and film is left in my mouth. I need to be tested for hepititus A, B, C and AIDS and HIV and any other blood human waste contagious disease. My ears are exposed to human liquid feces, urine and blood was shot in my inner ear canal. I have night mares, I can't sleep. I still smell the odor of raw human feces. I have had no investigation, no medical staff or body examination and testing, no mental health counseling, no coping skill intervention, no psychological evaluation, no chaplain came to see me, no suicide counseling, nothing! But the other 2A detainees

9

MAKING SHIT JOKES ABOUT ME. IN JAIL LINGO, I WAS "SHITTED DOWN" WITH A 30 POPPER BOTTLE, BEING CONSTANTLY DAILY HUMILIATED AND RIDICULED AND LAUGHED AT. C/O LARA AND DEFENDANTS ARE WELL AWARE OF THE SEVERE DANGER THEY PUT ME IN, AN INNOCENT VICTIM OF IDOC PRISONER ASSAULT, NON PROVOKED, I WAS LOCK IN THE CELL AND COULD NOT GET OUT. I WAS SLEEP AWAKENED AND CALLED TO THE LARGE OPENING IN THE CELL DOOR ± ASSAULTED C/O LARA FAILED TO PROPERLY SUPERVISE THE TIER AND PROVIDE ME SAFETY AND PROTECTION. C/O LARA ALSO PURPOSELY AND RECKLESSLY FAILED TO PROVIDE ME WITH MEDICAL ASSISTANCE, ADEQUATE SANITATION, BLEACH, DISINFECT ETC. NEW OUT THE BOX UNIFORMS. POWER-WASHING OF CELL 07 ALSO BEING DELIBERATELY INDIFFERENT TO MY SERIOUS MEDICAL NEEDS. THERE BY, DEPRIVING ME OF MY 8TH + 14TH AMENDMENT CIVIL RIGHTS GUARANTEED BY THE CONSTITUTION AND LAWS OF THE UNITED STATES AND OF THE STATE OF ILLINOIS, BY DEFENDANTS PLACING ME IN SUBSTANTIAL RISK OF IMMINENT IMMEDIATE HARM TO MY WELFARE AND PERSONAL SAFETY. ALLOWING ME TO BE ASSAULTED BY AN IDOC CONVICTED PRISONER. C/O LARA WAS ACTING DISORIENTED WHEN THIS ASSAULT HAPPENED TO ME. LIKE HE DID NOT KNOW WHAT TO DO, HE HAD NO TRAINING, NO S.O.P. FOR AN INCIDENT OF THIS MAGNITUDE. HE DID NOT EVEN CALL AHEAD TO DIV 8 RCDC RECEIVING CLASSIFICATION AND DIAGNOSTIC CENTER TO STOP PRISONER BEASLEY'S SHIPMENT TO IDOC. EVIDENCE OF TOM DARTS AND SUPT JULIAN MISMANAGEMENT, MISTRAINING OR NON TRAINING, NO SOP FOR THEIR SUBORDINATES TO FOLLOW WHEN ME AS A PRETRIAL DETAINEE IS ASSAULTED. THIS INCIDENT IS WRITTEN IN THE DIV 6 TIER 2A LOG BOOK FOR DATE AUG 2, 2016 TUESDAY AT 4:35 AM. ALSO THIS KINDA OF ASSAULT ON DETAINEES HAS HAPPENED BEFORE IN DIVISION 6, SAME CIRCUMSTANCES, SAME WEAPON. ALL DEFENDANTS KNEW BEFORE HAND SO I AM SUING ALL DEFENDANTS IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES.

10

Defendant Cook County Sheriff Sgt. Gradowski 11-7 is also in conspiracy with defendants Dart, Julian and Lara. Operating under the color of state law violating my 8th and 14th Amendment rights. In both his official and individual capacities. He knew of the hedious assault against me by prisoner Beasley and refused to take reasonable action, to stop Beasley's shipment to IDOC by calling ahead and take me and Lashawn Powell to Cermak hospital or an outside hospital because we had been assaulted with raw human feces, urine and blood thrown in our faces. Sgt. Gradowski was on the tier signed to the log book at the time of incident and tried to cover up this incident by having his subordinate c/o Lara directing us to 1st take a shower to wash away the evidence. In the CCDOC Inmate Handbook pg. 4 chapter 2 #3 states if I have been a victim of a assault I do not shower. Assault meaning rape or otherwise Exhibit 1. Also we were not taken to Cermak so there is no medical record of the Beasley assault on us detainees. Last but most importantly in the 2A tier log book only Christopher Beasley's name is mentioned not Anthony P. Johnson, + Lashawn Powell. Anthony is me in cell 07. Lashawn is in cell 03. Nor my cellmate Peter Hoffer or Mr. Powell's cellmate Dan Becker Exhibit 3 - is not mentioned. Further evidence of Sgt. Gradowski and c/o Lara trying to cover the incident up. We have to rely on the 2A tier VIDEO footage survailance on Tue Aug 2, 2016 Div 6 tier 2A from the hours of 4am - 9am. The camera's do not lie and this evidence will expose all defendants policy practice custom and unconstitutional detanee security deficiency in CCJ

11.

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I PRAY AND ASK THE COURT TO AWARD ME $100,000 PUNITIVE DAMAGES FOR DEFENDANTS DELIBERATELY BEING INDIFFERENT TO ME BY FAILING TO PROTECT ME A PRE-TRIAL DETAINEE FROM AN IDOC CONVICTED PRISONER AND $100,000 COMPENSATORY DAMAGES FOR THE EMOTIONAL, PHYSICAL, PSYCHOLOGICAL PSYCHIATRIC, HUMILIATING PAIN AND SUFFERING FOR HAVING RAW HUMAN FECES, URINE AND BLOOD SPLASHED IN MY FACE ON MY BODY AND CLOTHES. AND AN INJUNCTION TO IMPLEMENT A POLICY TO PROTECT AND SEPARATE CONVICTED PRISONERS FROM PRE-TRIAL DETAINEES IN COOK COUNTY JAIL DIV 6 CHICAGO, IL

ALSO PLUS ATTORNEY AND FILING FEES AND TAKEN TO AN OUTSIDE HOSPITAL IMMEDIATELY FOR COMPLETE BLOOD TESTING/BLOODWORK FOR DISEASES ASSOCIATED WITH INGESTING AND SKIN CONTACT EXPOSURE TO HUMAN FECES, HUMAN URINE AND BLOOD ASAP. AND DEFENDANTS PAYING ALL ASSOCIATED HOSPITAL BILLS.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this **26** day of **AUG**, 20**16**

_____
(Signature of plaintiff or plaintiffs)

ANTHONY P. JOHNSON
(Print name)

20151217030
(I.D. Number)

COOK COUNTY JAIL
P.O. BOX 089002
CHICAGO, IL 60608
(Address)

12

Revised 9/2007